No. 88–1237. TRANSAMERICA-OCCIDENTAL LIFE INSURANCE CO. *v.* PROVIDENT LIFE & ACCIDENT INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 88–1240. AINSWORTH *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 88–1241. PRICE *v.* TANNER ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–1242. HUGHES ET AL. *v.* GENERAL MOTORS CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–1244. M/T STOLT SHEAF ET AL. *v.* NATIONAL PETRO-CHEMICAL COMPANY OF IRAN. C. A. 2d Cir. Certiorari denied.

No. 88–1245. DuCHESNE *v.* WILLIAMS ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–1247. CENTRAL MILK PRODUCERS COOPERATIVE *v.* NATIONAL FARMERS' ORGANIZATION; and

No. 88–1248. ASSOCIATED MILK PRODUCERS, INC., ET AL. *v.* NATIONAL FARMERS' ORGANIZATION, INC. C. A. 8th Cir. Certiorari denied. Reported below: 850 F. 2d 1286.

No. 88–1256. PELLIGRA *v.* GOODYEAR TIRE & RUBBER CO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 88–1258. COUNTY OF DuPAGE ET AL. *v.* LaSALLE NATIONAL BANK OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–1261. PESTE ET AL. *v.* CLUNK, JUDGE, COURT OF COMMON PLEAS, PROBATE DIVISION, STARK COUNTY, OHIO. C. A. 6th Cir. Certiorari denied.

No. 88–1263. HOHL, ON BEHALF OF HIMSELF AND HIS DAUGHTERS, HOHL ET AL. *v.* MILLER, MAGISTRATE, CASS COUNTY MAGISTRATE'S COURT. C. A. 8th Cir. Certiorari denied.

No. 88–1267. ODOM ET AL. *v.* DELAHOUSSAYE ET AL. C. A. 5th Cir. Certiorari denied.